UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA LILLEY,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | No. 2:15-cv-00241-MKD<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

On March 29, 2016, the parties filed a stipulated motion to dismiss to with prejudice.  ECF No. 19.  The parties consented to proceed before a magistrate judge.  ECF No. 6.  The Court has reviewed the stipulated motion. After consideration,

**IT IS ORDERED** that the stipulated motion to dismiss the complaint, ECF **No. 19, is granted**. The complaint **is dismissed** with prejudice.

**IT IS SO ORDERED**. The District Court Executive is directed to dismiss the complaint with prejudice, file this order, provide copies to the parties and **CLOSE** the file.

DATED this 1st day of April, 2016.

*S/ Mary K. Dimke*

MARY K. DIMKE

UNITED STATES MAGISTRATE JUDGE

ORDER - 1